**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROBERT LUIZ MARTINEZ, | : | |
| | | Civil Action No. 09-1333 (JBS) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| WARDEN JOHN NASH, | : | |
| Respondent. | : | |

    For the reasons set forth in the Opinion filed herewith, IT IS on this **23rd** day of **December**, 2009,

    ORDERED that the Amended Petition for writ of habeas corpus is DENIED; and it is further

    ORDERED that the Motion [10] for Decision, which this Court construes as a Motion for leave to further amend the Amended Petition, is DENIED; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.

    **s/ Jerome B. Simandle**
    Jerome B. Simandle
    United States District Judge